**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JESSE FLANDERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:16-cv-10708 |
| v. | ) | |
| | ) | |
| ELECTRIC POWER SYSTEMS INTERNATIONAL, INC., | ) | Mag. Judge Sidney I. Schenkier |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR SETTLEMENT APPROVAL AND**
**DISMISSAL WITH PREJUDICE**

The parties, by and through their attorneys of record, hereby moves this Court for an Order granting the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice. Specifically, the parties request that the Court: (1) approve the proposed settlement as fair, reasonable, and an adequate resolution of a bona fide dispute under the Fair Labor Standards Act; (2) approve attorneys' fees as specified in the parties' Settlement Agreement and Release of Claims; (3) approve out-of-pocket costs in the amount of $2,624.47; and (4) dismiss this matter with prejudice.

This motion is based upon the parties' Memorandum in Support, the Declarations of Jason D. Friedman and Michele R. Fisher with exhibits, and all of the files, records and proceedings herein, as well as further points and authorities presented to this Court.

Dated: April 2, 2018

| | |
|---|---|
| **NICHOLS KASTER, PLLP** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.** |
| */s/Michele R. Fisher* | */s/Colleen G. DeRosa* |
| Michele R Fisher, MN Bar No. 303069 | Michael H. Cramer, ARDC No. 6199313 |
| Jason D Friedman, | Colleen G. DeRosa, ARDC No. 6301589 |
| 4600 IDS Center | 155 North Wacker Drive, Suite 4300 |
| 80 South Eighth Street | Chicago, IL 60606 |
| Minneapolis, MN 55402 | Telephone: (312) 558-3028 |
| Telephone: (612) 256-3200 | michael.cramer@ogletreedeakins.com |
| fisher@nka.com | colleen.derosa@ogltreedeakins.com |
| jfriedman@nka.com | |
| *\*Admitted Pro Hac Vice* | |
| | |
| **JAC A. COTIGUALA & ASSOCIATES** | **OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C** |
| Jac A. Cotiguala | Michael D. Ray ARDC No. 6285109 |
| 431 Dearborn Street, | 201 South College Street, Suite 2300 |
| Suite 606 | Charlotte, NC 28244 |
| Chicago, IL 60605 | Telephone: (704) 342-2588 |
| Telephone: (312) 939-2100 | michael.ray@ogletreedeakins.com |
| jac@wageandhour.com | |
| | |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was filed electronically on April 2, 2018 pursuant to the service requirements of the ECF/CM for the Northern District of Illinois, which will notify all counsel of record.

_/s/Michele R. Fisher_
