IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE FLANDERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ELECTRIC POWER SYSTEMS ) <br> INTERNATIONAL, INC., ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-10708 <br><br> Mag. Judge Sidney I. Schenkier |

**ORDER ON JOINT MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE**

This matter came before the Court on the parties' Joint Motion for Settlement Approval and Dismissal with Prejudice. Having reviewed the parties' submission, the motion is hereby **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that,

1. The parties' Joint Motion for Settlement Approval is **GRANTED**;

2. The parties' Settlement Agreement is **APPROVED** as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The parties' proposed settlement terms and distribution of payment set forth in the Settlement Agreement are **APPROVED**;

4. Plaintiffs' Counsel's request for fees in the amount of $26,875.00 is hereby **GRANTED**;

5. Plaintiffs' Counsel's request for reimbursement of out-of-pocket litigation costs in the amount of $2,624.47 is **GRANTED**;

6. Within fourteen (14) days of this Order, Defendant shall deliver all settlement checks,

including a check for attorneys' fees and costs, to Plaintiffs' Counsel; and

7. This matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**

Dated: April 3, 2018

Magistrate Judge Sidney I. Schenkier
United States District Court
Northern District of Illinois